# U.S. Bankruptcy Court
## Northern District of New York

In re:

**JEFFREY S. DAVIDSON**

Debtor

Bankruptcy Case No. **23–11130–1–rel**

**JOHN B. CARNETT, IV**

Plaintiff

Adversary Proceeding No. **24–90011–1–rel**

v.

**JEFFREY S. DAVIDSON**

Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

> **Clerk, U.S. Bankruptcy Court**
> **Northern District of New York**
> **445 Broadway Suite 330**
> **Albany, NY 12207**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

> **JOHN B. CARNETT, IV**
> **95 SALEM STREET**
> **GREENWICH, NY 12834**

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued:
May 2, 2024

Cynthia A. Platt, Clerk of Court

CSD 2500A